## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIM CAMPBELL<br>*Individually and in her capacity as Personal Representative of the Estate of George E. Campbell, Jr. and in her capacity as Personal Representative of the Estate of George E. Campbell, III*<br>17110 Wilson Hall Road<br>Georgetown, Delaware 19947<br><br>     Plaintiff<br><br>     v.<br><br>ROBERTA CROPPER<br>12911 Jarvis Road<br>Bishopville, Maryland 21813<br><br>     and<br><br>EDWIN S. CROPPER<br>A/K/A LEVIN EDWIN CROPPER<br>12911 Jarvis Road<br>Bishopville, Maryland 21813<br><br>     Defendants | Civil Action No. _____ |

## Jury Demand

Kim Campbell, individually and in her capacity as the personal representative of the Estate of George E. Campbell, Jr. and as the personal representative of the Estate of George E. Campbell, III, Plaintiff, by and through her attorneys, John K. Phoebus, Kristy M. Hickman, and Anthenelli, Phoebus & Hickman, LLC, demand trial by jury on all counts of her Complaint, pursuant to Federal Rule of Civil Procedure 38(b).

_____/ s /_____

John K. Phoebus, Bar Number 25169
ANTHENELLI, PHOEBUS & HICKMAN, LLC
134 East Main Street
P.O. Box 4366
Salisbury, Maryland 21803
tel. (410) 749-3700
fax (410) 749-7550
john@phoebuslaw.com


_____ /s/ _____
Kristy M. Hickman, Bar Number 13893
ANTHENELLI, PHOEBUS & HICKMAN, LLC
134 East Main Street
P.O. Box 4366
Salisbury, Maryland 21803
tel. (410) 749-3700
fax (410) 749-7550
khickman@phoebuslaw.com

Attorneys for the Plaintiffs

Date: January 31, 2017